Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
JOSEPH F. OFFENHAUSER (SBN 341262)
3638 American River Drive
Sacramento, California 95864
Telephone:   (916) 978-3434
Facsimile:    (916) 978-3430
mjaime@mathenysears.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

**JAVAHERI & YAHOUDAI**
**A Professional Corporation**
Vartkes Artinian, Esq. (SBN 304009)
1880 Century Park East, Suite 717
Los Angeles, CA 90067
Telephone:   310-774-0778
Facsimile:    310-407-0767
vako@jnylaw.com

Attorneys for Plaintiff, RUBY N. THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY N. THOMAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:21-CV-01492-TLN-DB<br><br>*AMENDED* STIPULATION AND ORDER RE: PHYSICAL    EXAMINATION OF PLAINTIFF<br><br>Assigned to: District Judge Troy L Nunley<br><br>Complaint filed: May 14, 2021<br>Removed: August 20, 2021 |

     Plaintiff RUBY N. THOMAS ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant") agree and stipulate that Plaintiff shall submit to a physical examination pursuant to Federal Rules of Civil Procedure, Rule 35:

     1.    A controversy exists regarding the physical condition of Plaintiff and good cause exists for a physical examination of Plaintiff.

2. The examination will be conducted for the purpose of determining the nature and extent of Plaintiff's physical injuries and the relationship thereof to the accident which is the subject of this litigation, and the potential future medical treatment available for Plaintiff's physical injuries.

3. The scope of the examination will be the physical injuries at issue in litigation, including, but not limited to, swelling and pain to left knee, pain in right knee, limited range of motion to left knee, pain and limited range of motion in right shoulder, right hip pain, wrist pain and headaches.

4. The physical examination will be conducted by Patrick James McGahan, M.D. — the independent medical exam physician retained by Defendant. Attached to this stipulation as **Exhibit A** is a true and correct copy of Dr. McGahan's Curriculum Vitae setting forth his qualifications and background.

5. The date and time for the physical examination will be April 6, 2022, 10:00 am.

6. The location for the examination is: 3149 J Street, suite 250, Sacramento

7. Dr. McGahan's contact information is: Patrick J. McGahan, M.D., Phone (415) 900-3000.

8. It is further stipulated that Defendant will be responsible for the fees associated with this examination.

9. However, Plaintiff agrees to reasonably comply with Dr. McGahan's cancellation policy and must advise Defendant if she is unable to attend the examination at least five business days before the examination.

10. Plaintiff will be allowed to have an observer attend and audiotape the examination who will not otherwise interfere with or participate in the examination.

11. Plaintiff's counsel will be allowed to attend the examination if requested by Plaintiff.

12. The examination will not include any diagnostic test or procedure that is painful, protracted, or intrusive.

13. There will be no persons present in the examination room during the examination

of the Plaintiff other than Plaintiff, the observer appointed by Plaintiff to attend, possibly Plaintiff's counsel if requested by Plaintiff, and Dr. McGahan.

14. Dr. McGahan's report, records, notes, and photographs shall be provided to Plaintiff's counsel at no cost to Plaintiff within twenty (20) days of the examination.

Dated: March 25, 2022

**JAVAHERI & YAHOUDAI**
**A Professional Corporation**

By: /s/ Vartkes Artinian, Esq.
Vartkes Artinian, Esq.
Attorneys for Plaintiff RUBY N. THOMAS

Dated: March 28, 2022

**MATHENY SEARS LINKERT & JAIME LLP**

By: /s/ Matthew C. Jaime
MATTHEW C. JAIME, ESQ.
Attorney for Defendant COSTCO WHOLESALE CORPORATION

## **ORDER**

Pursuant to Plaintiff and Defendant's *AMENDED* STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF RUBY N. THOMAS and for good cause shown, the above STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF RUBY N. THOMAS is accepted, adopted, and made the Order of the Court.

**IT IS SO ORDERED**.

Dated: March 29, 2022

Troy L. Nunley
United States District Judge