Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
THOMAS G. LININGER (SBN 353277)
3638 American River Drive
Sacramento, California 95864
Telephone:  (916) 978-3434
Facsimile:  (916) 978-3430
mjaime@mathenysears.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY N. THOMAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:21-CV-01492-TLN-DB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE – PARTIES TO PAY RESPECTIVE COSTS [FED. R. CIV. P. 41(a)(1)**<br><br>Complaint filed: May 14, 2021<br>Assigned to: Hon. Troy L. Nunley |

Plaintiff, RUBY N. THOMAS, proceeding in Pro Per and Defendant, COSTCO WHOLESALE CORPORATION, through its respective counsel, stipulate to dismiss this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear its own costs and attorneys' fees.

///
///
///
///
///
///

1

*STIPULATION FOR DISMISSAL WITH PREJUDICE – PARTIES TO PAY RESPECTIVE COSTS [PED. R. CIV. P. 41(a)(1)*

1  Dated: 7-9-24

By: /s/ Ruby Thomas
Plaintiff, RUBY N. THOMAS, in Pro Per

6
7  Dated: 6/11/24

MATHENY SEARS LINKERT & JAIME LLP

By: /s/ Matthew C. Jaime
MATTHEW C. JAIME,
Attorneys for Defendant COSTCO
WHOLESALE CORPORATION

*STIPULATION FOR DISMISSAL WITH PREJUDICE – PARTIES TO PAY RESPECTIVE COSTS [FED. R. CIV. P. 41(a)(1)*